# EXHIBIT 1

STATE OF MAINE
Penobscot, SS

SUPERIOR COURT
CIVIL ACTION
DOCKET NO.: BANSC-CIV-2024-

| | |
|---|---|
| FRANK J. PAWLENDZIO, a resident of Newport, County of Penobscot, State of Maine, Plaintiff | |
| VS. | COMPLAINT |
| HOME DEPOT U.S.A., INC. a business corporation doing business in Bangor, County of Penobscot, State of Maine, Defendant | |

NOW COMES the Plaintiff, by and through his attorney, and complains against the Defendant as follows:

**COUNT I**

1. Plaintiff Frank J. Pawlendzio, is a resident of Newport, County of Penobscot, State of Maine.

2. Defendant Home Depot U.S.A., Inc., is a business corporation doing business in Bangor, County of Penobscot, State of Maine.

3. On or about February 14, 2022, at approximately 8:00 a.m., Plaintiff Frank J. Pawlendzio was lawfully on the premises at certain real property owned by Defendant, Home Depot U.S.A, Inc.

4. At said time and place, known as 650 Stillwater Avenue, Bangor Maine, Defendant owed Plaintiff Frank J. Pawlendzio the duty to properly maintain said property.

5. As a direct and proximate result of the negligence of the Defendant's agent, servant or employee aforesaid, Plaintiff was struck by large heavy buckets of joint compound that were improperly stacked on top of each other in an aisle, a common area under Defendant's control, causing serious injuries including but not limited to his right hand and both knees and otherwise greatly injuring the Plaintiff in mind and body.

6. Said injuries caused great pain and suffering and mental anguish to Plaintiff requiring hospitalization and medical treatment for which Plaintiff is liable financially,

have caused him loss of enjoyment of life, loss of earnings, and loss of earning capacity, all of which elements of damage are of a continuing nature since the injuries are permanent in their effects.

WHEREFORE, Plaintiff Frank J. Pawlendzio prays judgment that is reasonable against the Defendant Home Depot U.S.A., Inc. on this Count I, plus interests and costs.

**COUNT II**

7. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 6 and incorporates the same herein by reference.

8. Defendant owed Plaintiff the duty of exercising reasonable care to provide premises which he was invited to use or which he could be reasonably expected to use, that were reasonably safe for his use.

9. Defendant breached its said duty to provide reasonably safe premises, as a direct and proximate result of which Plaintiff Frank J. Pawlendzio sustained the aforesaid serious injuries.

WHEREFORE, Plaintiff Frank J. Pawlendzio prays judgment that is reasonable against the Defendant Home Depot U.S.A., Inc. on this Count II, plus interest and costs.

**COUNT III**

10. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 9 and incorporates the same herein by reference.

11. Defendant owed Plaintiff the duty of warn of dangerous conditions that Defendant knew or should have known of, existing on premises reasonably expected to be used by Plaintiff.

12. Defendant breached its said duty to warn of the dangerous condition, as a direct and proximate result of which Plaintiff Frank J. Pawlendzio sustained the aforesaid serious injuries.

13. Defendant was further negligent in failing to warn, instruct, label or otherwise adequately inform the public of the dangerous and defective nature of the premises.

WHEREFORE, Plaintiff Frank J. Pawlendzio prays judgment that is reasonable against the Defendant Home Depot U.S.A., Inc. on this Count III, plus interest and costs.

DATED at Lewiston, Maine, this 14 day of February 2024.

Christian J. Lewis, Esq.
Bar No. 10034
Attorney for Plaintiff
Hardy Wolf & Downing, PA
PO Box 3065
Lewiston, Maine 04243-3065
207-784-1589
email: clewis@hardywolf.com

CONTAINS NONPUBLIC DIGITAL INFORMATION

## MAINE JUDICIAL BRANCH

This summary sheet and the information it contains do not replace or supplement the filing and service of pleadings or other papers as required by the Maine Rules or by law. This form is required for the Clerk of Court to initiate or update the civil docket. The information on this summary sheet is subject to the requirements of M. R. Civ. P. 11.

**I. COUNTY OF FILING OR DISTRICT COURT JURISDICTION** *("X" the appropriate box and enter the County or location)*

[X] Superior Court County: Penobscot
[ ] District Court Location (city/town): ____________

**II. NATURE OF THE FILING**

[X] Initial Complaint
[ ] Third-Party Complaint
[ ] Cross-Claim or Counterclaim
[ ] Reinstated or Reopened case
Docket No.: ____________
*If filing a second or subsequent Money Judgment Disclosure, give the docket number of the first disclosure.)*

**Initial Complaint:** A complaint filed as an original proceeding. A filing fee is required.
**Third-Party Complaint:** An original defendant's action against a third party that was not part of the original proceeding. A filing fee is required.
**Cross-Claim:** An original defendant's claim against another original defendant. No additional fee is required.
**Counterclaim:** An original defendant's claim against an opposing party. No additional fee is required.
**Reinstated or Reopened Case:** Money Judgment Disclosures or post-judgment motions.

**III.** [ ] **REAL ESTATE OR TITLE TO REAL ESTATE IS INVOLVED**

**IV. MOST DEFINITIVE NATURE OF ACTION**
*("X" in ONE box. If the case fits more than one nature of action, select the one that best describes the cause of action.)*

GENERAL CIVIL

**Constitutional/Civil Rights**
[ ] Constitutional/Civil Rights

**Contract**
[ ] Debt Collection brought by a debt collector as defined by 32 M.R.S. § 11002 *(Contract Case Cover Sheet (CV-261) must be attached)*
[ ] Other Contract *(Contract Case Cover Sheet (CV-261) must be attached)*

**Declaratory/Equitable Relief**
[ ] Declaratory Judgment
[ ] General Injunctive Relief
[ ] Other Equitable Relief

**Non-Personal Injury Torts**
[ ] Auto Negligence
[ ] Libel/Defamation
[ ] Other Negligence
[ ] Other Non-Personal Injury Tort

**Personal Injury Torts**
[ ] Assault/Battery
[ ] Auto Negligence
[ ] Domestic Tort
[ ] Medical Malpractice
[ ] Other Negligence
[ ] Other Personal Injury Tort
[ ] Product Liability
[X] Property Negligence

**Statutory Actions**
[ ] Freedom of Access
[ ] Other Statutory Action
[ ] Unfair Trade Practice

**Miscellaneous Civil**
[ ] Administrative Warrant
[ ] Appointment of Receiver
[ ] Arbitration Awards
[ ] Common Law Habeas Corpus
[ ] Drug Forfeiture
[ ] Foreign Deposition
[ ] Foreign Judgments
[ ] HIV Testing
[ ] Land Use Enforcement (80K)
[ ] Minor Settlements
[ ] Other Civil
[ ] Other Forfeiture/Property Libel
[ ] Pre-Action Discovery
[ ] Prisoners Transfers
[ ] Shareholders' Derivative Action

APPEALS (ADR EXEMPT)
[ ] Administrative Agency (80C)
[ ] Governmental Body (80B)
[ ] Other Appeal

REAL ESTATE

**Foreclosures**
[ ] Foreclosure (ADR exempt)
[ ] Foreclosure (Diversion eligible)
[ ] Foreclosure (Other)

**Title Actions**
[ ] Boundary
[ ] Easement
[ ] Eminent Domain
[ ] Quiet Title

**Miscellaneous Real Estate**
[ ] Abandoned Road
[ ] Adverse Possession
[ ] Equitable Remedy
[ ] Mechanics Lien
[ ] Nuisance
[ ] Other Real Estate
[ ] Partition
[ ] Trespass

CHILD PROTECTIVE CUSTODY
[ ] Non-DHHS Protective Custody

SPECIAL ACTIONS
[ ] Money Judgment Disclosure

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

**V. M.R. Civ. P. 16B ALTERNATIVE DISPUTE RESOLUTION (ADR)**

☐ I certify that pursuant to M.R. Civ. P. 16B(b), this case is exempt from a required ADR process because *("X" one box below):*

- ☐ It falls within an exemption listed above (it is an appeal or an action for non-payment of a note in a secured transaction).
- ☐ The plaintiff or defendant is incarcerated in a local, state, or federal facility.
- ☐ The parties have participated in a statutory pre-litigation screening panel process with (*name of panel chair*) ____________________ that concluded on (*date of panel finding - mm/dd/yyyy*) ____________.
- ☐ The parties have participated in a formal ADR process with (*name of neutral*) ____________________ on (*date – mm/dd/yyyy*) ____________.
- ☐ The plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption.
- ☐ The action does not include ADR pursuant to M.R. Civ. P. 16(a)(1).
- ☐ There is other good cause for an exemption and the plaintiff has filed a motion for exemption.

**VI. PARTY AND ATTORNEY CONTACT INFORMATION**

*If you need additional space, list additional parties on an attachment and note "see attachment" in the appropriate section.*

**Please note:** If a party is a government agency, use the full agency name or the standard abbreviation. If the party is an official within a government agency, identify the agency first and then the official, giving both name and title.

**(a) PLAINTIFF(S)**

*("X" the box below to indicate the party type associated with the filing)*

- ☒ Plaintiff(s)
- ☐ Third-Party Plaintiff(s)
- ☐ Counterclaim Plaintiff(s)
- ☐ Cross-Claim Plaintiff(s)

Is the plaintiff a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (*first, middle initial, last*): Frank J. Pawlendzio
Mailing address (*include county*): 181 Libby Hill Road, Newport ME 04953
County of Penobscot
Telephone: 207-745-6633
Email: ____________

Name (*first, middle initial, last*): ____________
Mailing address (*include county*): ____________
Telephone: ____________
Email: ____________

**(b) ATTORNEY(S) FOR PLAINTIFF(S)**

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL plaintiffs, specify which plaintiff(s) the listed attorney(s) represents.*

Name and bar number: Christian J. Lewis, Esq. Bar No. 10034
Firm name: Hardy Wolf & Downing, PA
Mailing Address: P.O. Box 3065
Lewiston, ME 04243-3065
Telephone: 207-784-1589
Email: clewis@hardywolf.com

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

Name and bar number: ______
Firm name: ______
Mailing Address: ______
______
Telephone: ______
Email: ______

**(c) DEFENDANT(S)**
*("X" the box below to indicate the party type associated with the filing)*
☒ Defendant(s)
☐ Third-Party Defendant(s)
☐ Counterclaim Defendant(s)
☐ Cross-Claim Defendant(s)

Is the defendant a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (*first, middle initial, last*): Home Depot, U.S.A., Inc.
Mailing address (*include county*): c/o Agent of Service Corporation Service Company
45 Memorial Circle, Augusta ME 04330
Telephone: ______
Email: ______

Name (*first, middle initial, last*): ______
Mailing address (*include county*): ______
______
Telephone: ______
Email: ______

**(d) ATTORNEY(S) FOR DEFENDANT(S)**
If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL defendants, specify which defendant(s) the listed attorney(s) represents.*

Name and bar number: ______
Firm name: ______
Mailing Address: ______
______
Telephone: ______
Email: ______

Name and bar number: ______
Firm name: ______
Mailing Address: ______
______
Telephone: ______
Email: ______

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

**(e) PARTIES IN INTEREST**

Name (*first, middle initial, last*): ______________________

Mailing address (*include county*): ______________________

______________________

Telephone: ______________________

Email: ______________________

Name (*first, middle initial, last*): ______________________

Mailing address (*include county*): ______________________

______________________

Telephone: ______________________

Email: ______________________

**(f) ATTORNEY(S)**

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL parties in interest, specify which parties in interest the listed attorney(s) represents.*

Name and bar number: ______________________

Firm name: ______________________

Mailing Address: ______________________

______________________

Telephone: ______________________

Email: ______________________

Name and bar number: ______________________

Firm name: ______________________

Mailing Address: ______________________

______________________

Telephone: ______________________

Email: ______________________

**VII. RELATED CASE(S) IF ANY**

Case name: ______________________

Docket Number: ______________________

Assigned Judge/Justice: ______________________

Date (*mm/dd/yyyy*): 2/12/24

▶ ______________________

Signature of Plaintiff or Lead Attorney of Record

Christian J. Lewis, Esq. Bar No. 10034

Printed Name of Plaintiff or Attorney

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

**MAINE JUDICIAL BRANCH**

*Complete the caption that applies to your case:*

☒ FRANK J. PAWLENDZIO Plaintiff/Petitioner

V.

HOME DEPOT U.S.A., INC. Defendant/Respondent

_______________ Other Party

*"X" the court for filing:*

☒ Superior Court ☐ District Court
☐ Unified Criminal Docket
☐ Supreme Judicial Court
County: Penobscot
Location (Town): _______________
Docket No.: BANSC-CIV-2024-

**OR**

☐ IN RE: _______________

## NOTICE REGARDING ELECTRONIC SERVICE

**NOTICE TO PARTIES**: All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure, and Rule 49(d) of the Maine Rules of Unified Criminal Procedure.

**OPT IN**: *If you do not have an attorney*, papers that must be served on you by other parties in this case will be sent to you through the regular mail to your address of record. But **you have a choice** to allow other parties to serve you by sending documents electronically to your designated email address.

**PLEASE NOTE**: **Any electronic service that you opt into applies only to papers served on you by other parties.** It does not apply to documents that are sent to you by the court or documents that you file with the court.

**Even if you opt in to allow service by email, you can only send documents to the other parties by email if (1) they also opt in by completing this form, and (2) you can scan and create .pdf files of documents.**

**If you choose not to opt in, you do not need to do anything.** If you would like to receive papers electronically, you must meet the requirements set forth below. Check the appropriate box(es), sign, and mail or email the form to all other parties in the case. Do not file this form with the Court.

☐ **Electronic Receipt**: I choose to OPT IN to allow other parties to email me documents in this case. I have reviewed and meet all of the following electronic receipt requirements:

- ☐ I have a trusted email account and I have daily access to this account;
- ☐ I understand that **I will receive time-sensitive documents** through this email address including documents that may require me to take action in this case;
- ☐ This email account has available electronic storage of at least 1 gigabyte;
- ☐ This email account accepts emails with attachments of up to 10 megabytes; and
- ☐ I will be able to maintain this email account throughout this case.

Date (*mm/dd/yyyy*): _______________ ▶ _______________

Signature of Self-Represented Party
*(You do not have to print and sign this form. Typing your name above after /s/ will be accepted as an electronic signature.)*

Print name: _______________

Print email address: _______________

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.